UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLYDE MILLER,

    Plaintiff,

v.   Case No. 8:25-cv-1055-TPB-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on November 13, 2025. (Doc. 21). Judge Griffin recommends that "Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act" (Doc. 20) be granted. Specifically, Judge Griffin recommends that Plaintiff be awarded $4,187.97 in attorney's fees under the Equal Access to Justice Act (the "EAJA").

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*,

677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for attorney's fees in the amount of $4,187.97 under the EAJA is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 21) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act" (Doc. 20) is hereby **GRANTED.**

(3) Plaintiff is entitled to an award of $4,187.97 in attorney's fees. Unless the Department of Treasury determines that Plaintiff owes a federal debt, Defendant must pay the fees to Plaintiff's counsel in accord with Plaintiff's assignment of fees.

(4) The Clerk is directed to prepare an amended judgment that reflects the award of attorney's fees, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>18th</u> day of November, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE